Index # 07 civ. 7529
Purchased/Filed: August 24, 2007

# AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

State of New York        U. S. District Court        Southern Dist. County

Trustees of the Bricklayers and Allied Craftworkers, Local 5 New York Retirement; et al        Plaintiff

against

Carmody, Inc., Carmody Building Corp.; et al        Defendant

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**   Approx. Age: 45 yrs
Weight: 155 Lbs   Height: 5'5   Sex: Female   Color of skin: White
Hair color: Blonde   Other:

Robin Brandow, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on September 4, 2007, at 11:00am, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons, Complaint, Judges Individual Rules, Instructions for Filing an Electronic Case or Appeal on Carmody Masonry Corp., the Defendant in this action, by delivering to and leaving with Donna Christie, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40.00 dollars; That said service was made pursuant to Section BUSINESS CORPORATION LAW §306.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this
4th day of September, 2007

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2011

Robin Brandow

Invoice•Work Order # 0718289