# PIRROTTI LAW FIRM LLC

*Anthony Pirrotti, Jr.*
*Adam J. Glatt*
*Joseph A. Rossi, Jr*

*Counsellors at Law*

RECEIVED
SEP 21 2007
USDC-WP-SDNY

September 21, 2007

*Via Facsimile - 914-390-4152*

United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150
Attention: The Honorable Kenneth M. Karas

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Re: Trustees of the Bricklayers and Allied Craftworkers, et. al.
    **07 CV. 7529**
    Our File Number: 2453-06

Dear Judge Karas:

Pursuant to our conversation with Dawn Bordes, we are hereby requesting a two-week extension of time to Answer the Complaint, on consent, to **October 8, 2007**. My client found the Complaint nailed to the door and accordingly, we do not know when the Answer is due. Please be advised that this is defendants' first request for an adjournment.

Thank you for your courtesy.

Very truly yours,

PIRROTTI LAW FIRM LLC

Anthony Pirrotti, Jr.
AJP,JR/ds/03

SO ORDERED:

Hon. Kenneth M. Karas

cc: Gellert & Klein, P.C. (via facsimile - 845-454-4652)

*2 Overhill Road, Suite 200*                          (914) 723-4333
*Scarsdale, New York 10583*                          Fax (914) 723-4838
*www.pirrottilawfirm.com*