## GELLERT & KLEIN, P.C.
ATTORNEYS AND COUNSELORS AT LAW
75 WASHINGTON STREET
POUGHKEEPSIE, NEW YORK 12601-2303

(845) 454-3250
FAX: (845) 454-4652
www.gklaw.us

LEONARD KLEIN
ARTHUR L. GELLERT
STEPHEN E. EHLERS
JOHN A. GEOGHEGAN
LILLIAN S. WEIGERT
JAMES M. FEDORCHAK
STEPHEN E. DIAMOND
SCOTT L. VOLKMAN

DAVID R. WISE
RODERICK J. MACLEOD
BEVIN S. HARRINGTON
DANIEL H. STOCK
SUSAN L. FLYNN
LINDA M. MURRAY
KELLY L. TRAVER
LAURA E. VINCENZI

VARIOUS GELLERT & KLEIN ATTORNEYS
ARE ALSO ADMITTED TO PRACTICE IN
CT, FL, MA, NJ, ENGLAND

COUNSEL
S. NINA GELLERT
RAINA E. MAISSEL
ANTHONY M. QUARTARARO
SENATOR STEPHEN M. SALAND
ROBERT C. VINCENT, JR.

JOSEPH H. GELLERT
(1907-1989)

WESTCHESTER OFFICE
3010 WESTCHESTER AVENUE
SUITE 302
PURCHASE, NEW YORK 10577
(914) 249-0100
FAX: (914) 249-0111

December 14, 2007



Hon. George A. Yanthis
United States District Court
Southern District of New York
U.S. District Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: Trustees of Bricklayers and Allied Craftworkers
Local 5 v. Carmody Defendants, et al.
**07 CIV 7529 (KMK)(GAY)**
Our File No. 26532.0931

Dear Judge Yanthis:

We are the attorneys for plaintiffs with respect to the above matter which is an action to recover delinquent employer contributions to employee benefit funds and a union. In the context of that litigation we seek to have our accountant, Alex Kuchis, CPA, audit the books and records of the defendant Carmody Construction Corp. In accordance with our telephone conference on December 13th this letter will bring to your attention a minor issue to be resolved regarding the audit.

By letter dated September 19, 2007 I provided defendants' counsel, Anthony Pirrotti, Jr., Esq. with a proposed Audit Order. I am enclosing a copy of it. While it has not been presented with a request that it be signed, it is anticipated that all of the documents listed in it will be provided to Mr. Kuchis when he does his audit.

Mr. Kuchis has requested that he be provided with certain documents in anticipation of traveling to Carmody's place of business in White Plains, NY to conduct the audit. It is his belief that he can greatly reduce his field time in the defendants' offices (and the cost of the audit) if he is provided with documents

GELLERT & KLEIN, P.C.
ATTORNEYS AND COUNSELORS AT LAW

Hon. George A. Yanthis
December 14, 2007
Page 2

in advance of the actual audit. Mr. Pirrotti and his client have provided the requested documents to Mr. Kuchis with the exception of one - the NYS-45s for the applicable period. In lieu of them Mr. Kuchis requested a list of all employees of Carmody during the applicable period. Neither has been provided. (A list of members of Local 5 and masons were provided.)

Mr. Kuchis is engaged by the Funds and Union to audit the books and records of Carmody; not to simply review those which Carmody believes are appropriate. An audit requires cross-checking and verifying all information. Mr. Kuchis requires a list of all employees of the NYS-45s because some employees may be mis-categorized. Using a list of everyone he is able to compare external records to see if any individuals not noted as masons are in fact masons. Similarly using payroll records he may discern individuals who are paid as masons but not noted by Carmody as masons.

Very truly yours,

GELLERT & KLEIN, P.C.

STEPHEN E. EHLERS

SEE/jcd
Enclosure

**(ALL WITHOUT ENCLOSURE)**
cc: Mr. Tony Piacente
    Mr. Albert Alimena
    Alex Kuchis, CPA
    Anthony Pirrotti, Esq.