

## GELLERT & KLEIN, P.C.
### ATTORNEYS AND COUNSELORS AT LAW
76 WASHINGTON STREET
POUGHKEEPSIE, NEW YORK 12601-2522

(845) 454-3250
FAX: (845) 454-4852
www.gklaw.us

LEONARD KLEIN
ARTHUR L. GELLERT
STEPHEN E. EHLERS
JOHN A. GEOGHEGAN
LILLIAN S. WEICERT
JAMES M. FEDORCHAK
STEPHEN E. DIAMOND

SCOTT L. VOLKMAN
DAVID R. WISE
RODERICK J. MACLEOD
BEVIN S. HARRINGTON
DANIEL H. STOCK
LINDA M. MURRAY
KELLY L. TRAVER

_COUNSEL_
S. NINA CELLA
ANTHONY A. MAZZARO
SENATOR STEPHEN M. SALAND
ROBERT C. VINCENT, JR.

JOSEPH H. GELLERT
(1907-1989)

WESTCHESTER OFFICE
___ CHESTER AVENUE
___ 302
___ NEW YORK 10577
___ 9-0100
___ 249-0111

VARIOUS GELLERT & KLEIN ATTORNEYS
ARE ALSO ADMITTED TO PRACTICE IN
CT, FL, MA, ENGLAND

January 31, 2008

**VIA FACSIMILE - (914) 390-4095**

Hon. George A. Yanthis
United States District Court
Southern District of New York
U.S. District Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: Trustees of Bricklayers and Allied Craftworkers
Local 5 v. Carmody Defendants, et al.
**07 CIV 7529 (KMK)(GAY)**
Our File No. 26532.0931

Dear Judge Yanthis:

I have Mr. Pirrotti's letter to you dated January 30, 2008.

The law is clear that both members of the Union and non-members are entitled to have contributions and dues paid in on their behalf. Mr. Pirrotti does not dispute that nor does he say that his client has not employed non-union masons. It does however appear that Mr. Pirrotti's client may be trying to hide the fact that it employs non-union masons.

In any event, if the Court desires an affidavit with respect to Carmody's employment of non-union masons, I will make every effort to provide it to the Court in a timely manner.

Very truly yours,

GELLERT & KLEIN, P.C.

STEPHEN E. EHLERS

SEE/jcd

cc: Mr. Tony Placente (w/encl.)
Mr. Manuel Valente (w/encl.)
Alex Kuchis, CPA (w/encl.)
Anthony Pirrotti, Esq. **(VIA FACSIMILE - (914) 723-4838)**

F:\USER\clients\H\HVDC\Carmody\Letters-Memos\2008\JUDGE YANTHIS-013108.wpd\January 31, 2008 (10:40am)