# PIRROTTI LAW FIRM LLC

*Anthony Pirrotti, Jr.*
*Adam J. Glatt*
*Joseph A. Rossi, Jr.\**

*Counsellors at Law*

January 30, 2008

*Via Facsimile - 914-390-4095*

United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150
Attention: <u>Honorable George A. Yanthis</u>

Re: Trustees of the Bricklayers and Allied Craftworkers, et. al.
**07 CV. 7529**
<u>Our File Number: 2453-06</u>

Dear Judge Yanthis:

I am responding to the plaintiff's attorney's letter concerning an attempt to reargue your Decision, denying their request.

The plaintiff's letter is predicated upon a purported hearsay conversation between the attorney and his client, without any proof whatsoever that the defendant "makes extensive use of non-union mason employees to perform masonry work on its construction projects". Firstly, there is not a scintilla of evidence supplied to Your Honor to support this new application. Secondly, if the use of non-union masons was so "extensive", why wasn't Your Honor told about it initially? It is respectfully submitted that there is no good faith basis for this request, which has already been denied by Your Honor.

Thank you for your courtesy.

Very truly yours,

PIRROTTI LAW FIRM LLC

Anthony Pirrotti, Jr.
AJP,Jr/ds/15
cc: Gellert & Klein, P.C. **(via fax - 845-454-4652)**

---

*2 Overhill Road, Suite 200*
*Scarsdale, New York 10583*

*(914) 723-4333*
*Fax (914) 723-4838*

www.pirrottilawfirm.com